1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8    UNITED STATES OF AMERICA,        )
                                      )   CR 09-2108-TUC-FRZ (JJM)
9             Plaintiff(s),           )
                                      )   ORDER
10   vs.                              )
                                      )
11   PABLO MARTINEZ-CASTRO,           )
                                      )
12            Defendant(s).           )
                                      )
13   _____      )

14        Re: Continuance of trial

15        This matter is presently set for trial on February 16, 2010.  The Defendant filed a

16   motion to continue and for the reasons set forth therein additional time is required to

17   adequately prepare for trial.  The Government has no objection.

18        The Court finds that the ends of justice served by granting a continuance outweigh the

19   best interests of the public and the defendant in a speedy trial because, for the reasons set

20   forth in the motion, failure to grant the continuance is likely to result in a miscarriage of

21   justice if the defendant is required to go to trial on the present trial date.

22        IT IS ORDERED as follows:

23        1. The date by which the referred magistrate judge hears the change of plea must be

24   no later than 3:00 p.m. on April 2, 2010.

25        2. That this matter is RESET for trial on **April 20, 2010 at 9:30 a.m.  Counsel are

26   to be present at 9:00 a.m.**

27        3. That the **Motion Hearing** presently set on January 29, 2010 is VACATED and

28   RESET to **__March 29, 2010 at 10:00 a.m.__**

4. Excludable delay under 18 U.S.C. §3161(h)(8) is found to begin on February 17, 2010 and end on April 20, 2010. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6. Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m. Monday, April 12, 2010.

DATED this 20th day of January, 2010.


FRANK R. ZAPATA
United States District Judge